AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Stacey Papalia ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:22-cv-02630 |
| Glaxosmithkline Consumer Healthcare Holdings (US) ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stacey Papalia                                                                                                   .

Date:    03/31/2022                                         /s/ Steven R. Schoenfeld
                                                                        *Attorney's signature*

                                                                        Steven R. Schoenfeld
                                                                        *Printed name and bar number*
                                                                        2 Westchester Park Drive
                                                                        Suite 410
                                                                        White Plains, New York 10604

                                                                        *Address*

                                                                        sschoenfeld@denleacarton.com
                                                                        *E-mail address*

                                                                        (914) 331-0100
                                                                        *Telephone number*

                                                                        (914) 331-0105
                                                                        *FAX number*