UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------  X
                                                              :
Nancy Calchi, individually and on behalf of all others        :
similarly situated,                                           :
                                                              :   Lead Case No. 7:22-cv-01341-KMK
                                                              :
                   Plaintiff,                                 :
                                                              :
         v.                                                   :
                                                              :
                                                              :
GlaxoSmithKline Consumer Healthcare Holdings (US)             :
LLC, GSK Consumer Health, Inc., and Pfizer Inc.,              :
                                                              :
                   Defendants.                                :
                                                              :
------------------------------------------------------------  X
                                                              :
Stacey Papalia, on behalf of herself and all others similarly :
situated,                                                     :
                                                              :   Case No. 7:22-cv-02630-KMK
                                                              :
                   Plaintiff,                                 :
                                                              :
         v.                                                   :
                                                              :
                                                              :
GlaxoSmithKline Consumer Healthcare Holdings (US)             :
LLC,                                                          :
                                                              :
                   Defendant.                                 :
                                                              :
------------------------------------------------------------  X
```

**FINAL JUDGMENT**

Pursuant to the Court's Orders granting Final Approval of Class Action Settlement and Attorneys' Fees and Costs, **IT IS ADJUDGED THAT**:

1. The Court **GRANTS** final approval to the Settlement.

1

2. The Parties shall perform their obligations pursuant to the terms of the Settlement Agreement, the Final Approval Order, and the Order Granting Attorneys' Fees, Costs, and Service Awards.

3. All Settlement Class Members who did not validly and timely request exclusion from the Settlement have released their claims, as set forth in the Settlement Agreement and the Final Approval Order.

4. This action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as otherwise ordered by the Court in connection with Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards.

The Clerk is **DIRECTED** to enter this Final Judgment and close the case.

**IT IS SO ORDERED.**

DATED:   July 25, 2025

_____
Honorable Kenneth M. Karas